# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA FORSTER,<br><br>                Plaintiff,<br><br>     v.<br><br>SANDRA HUTCHENS, et al.,<br><br>                Defendants. | Case No. SACV 10-1084-CJC (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections and an Addendum to the Objections. Defendants have filed a Response to Plaintiff's Objections. The Court has engaged in a de novo determination of that portion of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

     **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss be granted and that Judgment be entered dismissing the action without prejudice.

DATED: August 7, 2012

                                                        CORMAC J. CARNEY
                                                 UNITED STATES DISTRICT JUDGE