# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA FORSTER,<br><br>            Plaintiff,<br><br>    v.<br><br>SANDRA HUTCHENS, et al.,<br><br>            Defendants. | Case No. SACV 10-1084-CJC (JEM)<br><br>**JUDGMENT** |

      In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

      **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: August 7, 2012

                                    CORMAC J. CARNEY
                            UNITED STATES DISTRICT JUDGE